**No. 09-10822 (09A1097). In re Rogelio Reyes Cannady, Petitioner.**

560 U.S. 920, 130 S. Ct. 3317, 176 L. Ed. 2d 1215, 2010 U.S. LEXIS 4158.

May 19, 2010. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

**No. 09-1063 (R46-016). David W. Corbitt, et al., Petitioners v. Home Depot USA, Inc.**

560 U.S. 920, 130 S. Ct. 3318, 176 L. Ed. 2d 1215, 2010 U.S. LEXIS 4159.

May 20, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.

Same case below, 589 F.3d 1136.

**No. 09-10888 (09A1115). Gerald James Holland, Petitioner v. Mississippi.**

560 U.S. 921, 130 S. Ct. 3318, 176 L. Ed. 2d 1215, 2010 U.S. LEXIS 4162.

May 20, 2010. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 09-1345 (09A1061). Darick Demorris Walker, Petitioner v. Loretta K. Kelly, Warden.**

560 U.S. 920, 130 S. Ct. 3318, 176 L. Ed. 2d 1215, 2010 U.S. LEXIS 4161.

May 20, 2010. Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied. Motion of Arc of the United States for leave to file a brief as amicus curiae granted. Motion of Constitution Project for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Justice Stevens, Justice Ginsburg, and Justice Sotomayor would grant the application for stay of execution.

Same case below, 589 F.3d 127.

**No. 09-1346 (09A1062). Darick Demorris Walker, Petitioner v. Loretta K. Kelly, Warden.**

560 U.S. 921, 130 S. Ct. 3318, 176 L. Ed. 2d 1215, 2010 U.S. LEXIS 4160.

May 20, 2010. Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied. Motion of Arc of the United States for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Justice Stevens, Justice Ginsburg, and Justice Sotomayor would grant the application for stay of execution.

Same case below, 593 F.3d 319.